SHAND S. STEPHENS (Bar No. 67694)
shand.stephens@dlapiper.com
AMANDA L. MORGAN (Bar No. 246277)
amanda.morgan@dlapiper.com
JEANETTE BARZELAY (Bar No. 261780)
jeanette.barzelay@dlapiper.com
**DLA PIPER LLP (US)**
555 Mission Street, Suite 2400
San Francisco, California 94105
Tel.: 415.836.2500
Fax: 415.836.2501

Attorneys for Petitioner Applied Underwriters
Captive Risk Assurance Company, Inc.

JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLIED UNDERWRITERS CAPTIVE RISK ASSURANCE COMPANY, INC., an Iowa corporation,<br><br>Petitioner,<br><br>v.<br><br>O'CONNELL LANDSCAPE MAINTENANCE, INC., a California corporation,<br><br>Respondent. | CASE NO. 8:18-cv-00683-JVS-PLA(x)<br><br>**FINAL JUDGMENT** |

Pursuant to the Court's June 25, 2018 Order Denying Defendant's Motion to Dismiss/Quash Service of Summons and Order Granting Plaintiff's Motion to Confirm Arbitration Award (ECF No. 17), judgment is hereby entered in favor of Petitioner Applied Underwriters Captive Risk Assurance Company, Inc. and against Respondent O'Connell Landscape Maintenance, Inc., in the amount of $82,130.44, with interest from the date of the entry of the judgment in accordance with 28 U.S.C. § 1961.

Dated: July 06, 2018

_____
Honorable James V. Selna
United States District Court Judge

DLA Piper LLP (US)
San Francisco